# FINANCIAL STATEMENT

## NET WORTH

CAROL ELAINE JACKSON _____ APRIL 1, 1992

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 7000 | 00 | | Notes payable to banks—secured | 13000 | 00 | ** |
| U.S. Government securities—add schedule | 0 | 00 | | Notes payable to banks—unsecured | 0 | 00 | |
| Listed securities—add schedule | 0 | 00 | | Notes payable to relatives | 0 | 00 | |
| Unlisted securities—add schedule | 0 | 00 | | Notes payable to others | 0 | 00 | |
| Accounts and notes receivable: | | | | Accounts and bills due | 4000 | 00 | *** |
| Due from relatives and friends | 0 | 00 | | Unpaid income tax | 0 | 00 | |
| Due from others | 0 | 00 | | Other unpaid tax and interest | 0 | 00 | |
| Doubtful | 0 | 00 | | Real estate mortgages payable—add schedule | 158000 | 00 | **** |
| Real estate owned—add schedule | 180000 | 00 | * | Chattel mortgages and other liens payable | 0 | 00 | |
| Real estate mortgages receivable | 0 | 00 | | Other debts—itemize: | 0 | 00 | |
| Autos and other personal property | 14000 | 00 | | | | | |
| Cash value—life insurance | 1260 | 00 | | | | | |
| Other assets—itemize: | | | | | | | |
| Art Collection | 7000 | 00 | | | | | |
| | | | | Total liabilities | 175000 | 00 | |
| | | | | Net worth | 34260 | 00 | |
| Total assets | 209260 | 00 | | Total liabilities and net worth | 209260 | 00 | |

| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | |
|---|---|---|---|---|
| As endorser, comaker or guarantor | 0 | 00 | Are any assets pledged? (Add schedule.) | No |
| On leases or contracts | 0 | 00 | Are you defendant in any suits or legal actions? | No |
| Legal Claims | 0 | 00 | Have you ever taken bankruptcy? | No |
| Provision for Federal Income Tax | 0 | 00 | | |
| Other special debt | 0 | 00 | | |

\* Personal residence at 3029 Longfellow Blvd, St. Louis, MO 63104

\*\* This figure represents the approximate balance due on an automobile loan from Ford Credit. The loan was made in October 1991.

\*\*\* This figure represents the total credit card indebtedness as follows:
American Express          $1,000
Signet Bank (Mastercard)    1,000
Commerce Bank (Visa)        2,000

\*\*\*\* This figure represents the balance due to Mercantile Bank for a residential mortgage loan.

6

Digitized by Google

# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
Reform Act of 1989, Pub. L. No.
101-194, November 30, 1989
(5 U.S.C.A. App. 6, §§101-112)

| | | |
|---|---|---|
| AO-10 Rev. 1/92 | | |

| 1. Person Reporting (Last name, first, middle initial)<br><br>Jackson, Carol E. | 2. Court or Organization<br>United States District Court<br>Eastern District of Missouri | 3. Date of Report<br><br>April 1, 1992 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5. Report Type (check appropriate type)<br>__X__ Nomination, Date _4-1-92_<br>_____ Initial  _____ Annual  _____ Final | 6. Reporting Period<br><br>January 1991 to<br>April 1, 1992 |
| 7. Chambers or Office Address<br>1114 Market Street<br>Room 106<br>St. Louis, Missouri  63101     Telephone:  (314) 539-2368 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Adjunct Professor of Law | Washington University Law School |
| Trustee | The Saint Louis Art Museum |
| Director | American Red Cross/St. Louis Bi-State Chapter |

## II. AGREEMENTS. (Reporting individual only; see pp. 8-9 of instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements) | |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| X NONE (No reportable non-investment income) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |
| 5 | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Jackson, Carol E. | Date of Report<br>April 1, 1992 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| X NONE (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| X NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

| | Date of Report |
|---|---|
| ~~....~~ ~~Extl. E.~~ | April 1, 1992 |

**~~....~~ ~~...~~ transactions.** (includes those of spouse ~~...~~)

AO-10
Rev. 1/92

1. Person Reporting

Jackson, Ca~~...~~

4. Title (Article III
Magistrat~~...~~

United Sta~~...~~

7. Chamber or Off~~...~~

1114 Marke~~...~~
Room 106
St. Louis~~,~~

**IMPORT~~...~~**
**NONE b~~...~~**

## I. POSITIO~~...~~

☐   **NON~~E~~**

Adjunct ~~...~~

Trustee

Director

## II. AGREE~~...~~

**DAT~~E~~**

| X | **NON~~E~~** |

## III. NON-IN~~...~~

**DATE**
(Honorari~~...~~)

| X | **NONE** |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Jackson, Carol E. | Date of Report<br>April 1, 1992 |
|---|---|---|

## VIII.  ADDITIONAL INFORMATION or EXPLANATIONS.  (Indicate part of Report.)

None

## IX.  CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Carol E. Jackson_                           Date _April 1, 1992_

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:          Judicial Ethics Committee
                                                          Administrative Office of the
                                                          United States Courts
                                                          Washington, DC 20544

Digitized by Google